

JAN 17 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RANE SAWYER BLACK, Defendant. | CR 19-93-BLG-SPW ORDER |
|---|---|

The United States has filed an Unopposed Motion for Dismissal of Count II of the Indictment (Doc. 27). For good cause being shown,

IT IS HEREBY ORDERED, that Count II of the Indictment in the above-captioned case is **DISMISSED without prejudice**.

DATED this 16th day of January, 2020.

SUSAN P. WATTERS
United States District Court Judge

1